

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 193RD JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 19th day of February, 2015, the cause on appeal to revise or reverse the judgment between

THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS, INC. ASSET-BACK CERTIFICATES, SERIES 2006-15, Appellant

On Appeal from the 193rd Judicial District Court, Dallas County, Texas Trial Court Cause No. 13-06199. Opinion delivered by Justice Francis, Justices Evans and Stoddart participating.

No. 05-14-00268-CV        V.

NADER DARYAPAYMA AND FARIBA DARYAPAYMA, Appellees

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, the judgment of the trial court is **REVERSED** and this cause is **REMANDED** to the trial court for further proceedings consistent with this opinion.

It is **ORDERED** that appellant The Bank of New York Mellon recover its costs of this appeal from appellee Nader Daryapayma and Fariba Daryapayma.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 3rd day of November, 2015.



LISA MATZ, Clerk